UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI                    Date:   11/18/2020
Court Reporter:   Megan McKay Soule            Docket No: 2:19-579

Title of the Case:

UNITED STATES OF AMERICA
v
JOSEPH CAPO

Appearances:

Sophie Reiter, AUSA
Michael Gilberti, Attorney for Defendant
Joanne Young, USPO

Nature of Proceedings:
Conference held
Deft. Present & Sworn
Covid Order fld.
SENTENCE: 36 Months on Count 1 of the Information
SUPERVISED RELEASE: 3 Years on Count 1 of the Information
Special Assessment: $100.00 (due immediately)
Special Conditions:
·       No New Debt
·       Financial Disclosure
Fine:   WAIVED
Restitution: $81,519.20 (due immediately)
Court Ordered Govt to supply updated breakdown, amounts and address for merchants within 14 days.
Recommendation to BOP: a facility for service of sentence close to defendant's family/home address
Surrender Date:   NO date before March 1, 202.
Defendant advised of right to appeal

Commenced: 10:00 am
Concluded:   11:00 am

                                            Lissette Rodriguez, Courtroom Deputy
                                            to the Hon. Brian R. Martinotti U.S.D.J.